# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>United States Postal Service ("USPS") Priority Mail Parcel "9505515267194101745344" ("Subject Parcel") currently located in the Western District of Missouri. | Case No.  24-SW-00120-WBG |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Missouri
*(identify the person or describe the property to be searched and give its location)*:

United States Postal Service ("USPS") Priority Mail Parcel "9505515267194101745344" ("Subject Parcel"), more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Items to be seized from the Subject Parcel include controlled substances, including but not limited to, marijuana, cocaine, heroin and/or methamphetamine; any paraphernalia related to the possession or distribution of controlled substances, including but not limited to, packaging; and/or proceeds from the possession or distribution of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before     5/6/2024     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable W. Brian Gaddy    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

☐ Warrant issued in person.
☒ Warrant issued by telephone or other reliable electronic means.

Date and time issued:     April 22, 2024 at 12:54 pm                   *[signature]*
                                                                                              *Judge's signature*

City and state:     Kansas City, Missouri          Honorable W. Brian Gaddy, U.S. Magistrate Judge
                                                                          *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-SW-00120-WBG | April 23, 2024 1:16 P.M | United States Postal Inspection Service |

Inventory made in the presence of :
Sergeant Brandon Bray KCPD Mowin Taks Force/Antonio Garcia TFO USPIS

Inventory of the property taken and name of any person(s) seized:

U.S. Priority Mail Parcel 9505 5152 6719 4101 7453 44

(90) Vials BIO-TE250 Intermuscular injection (steroids) 10 ml each
(1,000) tablets steroids BIOSTAN

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 23, 2024

*Executing officer's signature*

Antonio Garcia Task Force Officer USPIS
*Printed name and title*